961 F.2d 1568
 Settles (Rodney M., Marlene)
v.
Kilpatrick (Dolores M.), Estate of Kilpatrick (Kevin M.),
Riddick (Dorothy B.), Cipollone (Terry) v. General Motors
Corporation System, (Two Cases); Settles (Rodney M.) v. Gen.
Motors Corp. System v. Kilpatrick (Delores), Estate of
Kilpatrick (Kevin);
 NOS. 91-1548, 91-1585
 United States Court of Appeals,
Third Circuit.
 Apr 09, 1992
 
 Appeal From: E.D.Pa.,
 Kelly, J.
 
 
 1
 AFFIRMED.